IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr 14-00120 CRB |
| Plaintiffs, | **ORDER OF RECUSAL** |
| v. | |
| EDUARDO ALVAREZ, et al., | |
| Defendants. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph D of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: April 23, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE