MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
KIMBERLY HOPKINS (MABN 668608)
ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301/7249
    Fax: (415) 436-7234
    Natalie.Lee2@usdoj.gov
    Kimberly.Hopkins@usdoj.gov
    Andrew.Scoble@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 14-0120 EMC |
| v. | JOINT STATUS CONFERENCE STATEMENT |
| EDUARDO ALVAREZ, et al., | Status Hrg.: October 10, 2014 |
| Defendants. | Time:     10:00 a.m. |
| | Courtroom: Four (17th Floor) |

In anticipation of the status conference scheduled for October 10, 2014 at 10:00 a.m., the parties submit this Joint Status Conference Statement:

    1.    Discovery is ongoing.

    2.    The parties are still completing the briefing of motions pertaining to bills of particulars, unsealing of the government's Rule 16(d) submission, and defendants' challenge to the government's redacting of discovery. The hearing is set for October 21, 2014 at 10:00 a.m. before Magistrate Judge Cousins.

/ / /

JOINT STATUS CONF. STMT.                   1

3. The government's request for expedited review regarding the death penalty is in the final stage of review in Washington.

4. The government anticipates presenting a superseding indictment to a grand jury in the relatively near future.

DATED: October 9, 2014                    MELINDA HAAG
                                          United States Attorney


                                   By:        /S/
                                          KIMBERLY HOPKINS
                                          NATALIE LEE
                                          ANDREW M. SCOBLE
                                          Assistant United States Attorneys


                                               /S/
DATED: October 9, 2014                    MARTIN SABELLI
                                          Counsel for Jairo Hernandez

JOINT STATUS CONF. STMT.                  2