MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
ANDREW M. SCOBLE (CABN 124940)
LAURIE K. GRAY (MNBN 0153618)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    Kimberly.Hopkins@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | No. CR 14-0120 EMC |
|---|---|---|
| v. | ) | JOINT STATUS CONFERENCE STATEMENT |
| EDUARDO ALVAREZ, et al., | ) | Status Hrg.: November 14, 2014 |
| Defendants. | ) | Time: 2:30 p.m. |
| | ) | Courtroom: Four (17th Floor) |

In anticipation of the status conference scheduled for November 14, 2014 at 2:30 p.m., the parties submit this Joint Status Conference Statement:

1.     There are numerous motions before Magistrate Judge Nathaniel Cousins, including two for bills of particulars as well as the discovery and preservation motions.

2.     Discovery is ongoing. The government intends to produce discovery items in its possession, which pertains to the original indictment, by December 15, 2014. Additionally, there are some differences regarding the accuracy of the redaction log.

3.     A Superseding Indictment was obtained on November 6, 2014, adding three defendants

JOINT STATUS CONF. STMT.
CR 14-0120 EMC                                 1

and three additional counts, including a VICAR murder charge.  The Capital Case process has started for the three new defendants.  The three defendants will appear in magistrate court for I.D. of Counsel on November 20, 2014, and they are not expected to appear at the status hearing before Judge Chen on November 14, 2014.

4. The government's request for expedited review regarding the death penalty for the other defendants is still pending.

DATED:  November 13, 2014         MELINDA HAAG
                                  United States Attorney

                                  By:       /S/
                                  KIMBERLY HOPKINS
                                  ANDREW M. SCOBLE
                                  LAURIE K. GRAY
                                  Assistant United States Attorneys


                                  By:       /S/
DATED:  November 13, 2014         MARTIN SABELLI
                                  Counsel for Jairo Hernandez

JOINT STATUS CONF. STMT.
CR 14-0120 EMC                          2